UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
CV #: MISC 98-131

UNITED STATES OF AMERICA,
  Plaintiff,

) No Judge Assigned
) Claim No. C-74944W
)
v. )
)
Richard J. Huminsli )
Aka Richard J. Huminski
  Defendant(s), )
)
and )  **ROSS, J.**
)
PUBLISHERS Clearing House, Inc. )
)
  Garnishee )

## GARNISHEE ORDER

The annexed affirmation of Liberatore J. Iannarone, an attorney for the plaintiff, shows that a Writ of Garnishment, directed to the Garnishee, has been duly issued and served upon the Garnishee, or the Garnishee has voluntarily furnished us with employment verification. A copy of the Answer of the Garnishee, or the verification letter will be annexed, stating that the Garnishee had in its possession or his control personal property belonging to and due to the defendant, Richard J. Huminsli Aka Richard J. Huminski, and that garnishee was indebted to defendant, Richard J. Huminsli Aka Richard J. Huminski, the sum of $1,140.00 weekly as a result of the garnishees employment of defendant Richard J. Huminsli Aka Richard J. Huminski.

The defendant, Richard J. Huminsli Aka Richard J. Huminski, was served with Notice of his/her right to a hearing to determine exempt property as provided for in Section 28 U.S.C., 3205(5) and has not requested a hearing to determine exempt property.

Now, on motion of Mullen & Iannarone, P.C., attorneys for the Plaintiff, it is ordered that the Garnishee pay the sum equal to 25% of the defendant's net disposable weekly earnings to the plaintiff, payments made payable to the U.S. Department of Justice, and continue said payments until the debt to the plaintiff is paid in full or until the garnishee no longer has custody, possession or control of any property belonging to the defendant, Richard J. Huminsli Aka Richard J. Huminski, or until further Order of the Court.

SO ORDERED;

Dated: 8/5/05

_____
UNITED STATES DISTRICT COURT JUDGE